IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:25-cv-00037-M-BM

| | |
|---|---|
| TORI RENEE WARD, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )  **ORDER**<br>) |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter comes before the court on the Defendant's Consent Motion to Remand this cause for further administrative action. DE 13. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the motion is GRANTED. The court reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 21st day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE