UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TORI RENEE WARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**
**CASE NO. 4:25-CV-37-M**

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered at Docket Entry 14 on July 22, 2025, Defendant's Motion for Remand [DE 13] is GRANTED. The court reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to Defendant for further administrative action. *See Shalala v. Schaefer,* 509 U.S. 292 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

This Judgment filed and entered on July 22, 2025, and copies to:
Brian P. Hogan (via CM/ECF electronic notification)
Wanda Mason, Samantha Zeiler (via CM/ECF electronic notification)

July 22, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan Edwards
Deputy Clerk